# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 13, 2020

Before

AMY J. ST. EVE, *Circuit Judge*

| No. 18-3318 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>RANDY WILLIAMS,<br>Defendant - Appellant |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 2:17-cr-20049-SLD-EIL-1<br>Central District of Illinois<br>District Judge Sara Darrow |

Upon consideration of the **MOTION TO CORRECT OPINION**, filed on February 11, 2020, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. On page three of the opinion in the second full paragraph, the third sentence of the paragraph is **CORRECTED** to read: In those emails, Judge Bruce criticized one of the prosecutors as being "entirely unexperienced" turning a "slam-dunk" case into a "60-40" for the defendant.

form name: **c7_Order_3J**(form ID: **177**)